Submitted on record and briefs November 27, 1985, affirmed as modified January 29, 1986

SPRADLING,
*Appellant,*

*v.*

BOONE,
*Respondent.*

(150,028; CA A34660)

713 P2d 686

Joseph B. Felton, Judge Pro Tempore.

Mark Spradling, Salem, filed the briefs *pro se* for appellant.

William C. Crothers, Jr., filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this filiation proceeding, we have conducted a *de novo* review and conclude that the trial court erred in limiting father's visitation to three hours per month. Accordingly, we modify the order in one particular. We revise page 2, paragraph 2, to read:

"2. Respondent shall have the care and custody of the minor child, subject to reasonable visitation by Petitioner as follows:

"Petitioner shall have overnight visitation rights on the first and third weekend each month, commencing at 9:00 a.m. Saturday and ending at 7:00 p.m. Sunday.

"Both parties will provide addresses and contact telephone numbers to the other party and will immediately notify the other party of any emergency circumstances or substantial changes in the health of the child."

Affirmed as modified.